UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CHAIM KATZ,                                      :

                          Plaintiff,             :

v.                                               :          **ORDER OF DISMISSAL**

                                                 :

ALLIED ACCOUNT SERVICES, INC., and               :          20 CV 4026 (VB)
JOHN DOES 1-25                                   :

                          Defendants.            :

------------------------------------------------------------x

> LSDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 3/17/2021

     The Court has been advised that the parties have reached a settlement in principle in this

case.  Accordingly, it is hereby ORDERED that this action is dismissed without costs, and

without prejudice to the right to restore the action to the Court's calendar, provided the

application to restore the action is made by no later than May 17, 2021.  To be clear, any

application to restore the action must be filed by May 17, 2021, and any application to restore the

action filed thereafter may be denied solely on the basis that it is untimely.

     All other deadlines, scheduled conferences, or other scheduled court appearances are

cancelled.  Any pending motions are moot.

Dated: March 17, 2021
       White Plains, NY

                     SO ORDERED:

                     Vincent L. Briccetti
                     United States District Judge